UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

STRIKE 3 HOLDINGS, LLC,　　　　　　:　　21-Cv-1847 (SHS)

　　　　　　Plaintiff,　　　　　　　　:

　　　-v-　　　　　　　　　　　　　　:　　ORDER

JOHN DOE, subscriber assigned IP　　 :
Address 71.105.211.186
　　　　　　　　　　　　　　　　　　:
　　　　　　Defendant.
------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

　　　IT IS HEREBY ORDERED that there will be a pretrial conference via telephone in this matter on October 15, 2021, at 9:00 a.m. The parties shall call 888-273-3658, and use access code 7004275 to join the conference.

Dated: New York, New York
　　　　August 31, 2021

　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Sidney H. Stein, U.S.D.J.