UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

STRIKE 3 HOLDINGS, LLC,            :    21-Cv-1847 (SHS)

          Plaintiff,                    :

      -v-                                       :    ORDER

JOHN DOE, subscriber assigned IP address  :
71.105.211.186
                                                :
          Defendant.
------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court has received plaintiff's request for an adjournment of the initial pretrial conference [Doc. No. 22].

      IT IS HEREBY ORDERED that the initial pretrial conference is adjourned from October 15, 2021 to November 19, 2021, at 10:00 a.m. The conference will take place in Courtroom 23A at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       October 12, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.